## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION – BAY CITY

In re:

TREETOPS ACQUISITION COMPANY, L.L.C., Chapter 11

                                           Case No. 14-22602-DOB

Debtor.                           Hon. Daniel S. Opperman

---

TREETOPS ACQUISITION COMPANY, L.L.C.,

    Plaintiff,

v

SIGMA ALPHA MU FRATERNITY, INC.,
SIGMA IOTA CHAPTER OF SIGMA ALPHA
MU FRATERNITY, SAM-SI CORP.,           Adv. No. 15-2072
ZACHARY LEVIN, JOSHUA KAPLAN,
ANDREW S. KROWITZ, CRAIG A. MARKMAN,
ERIC R. SHUGAN, BRIAN RINGEL, MATTHEW
L. VLASIC, STONE E. MITCHELL, JOHN DOE
9-20, CHI CHAPTER OF SIGMA DELTA TAU
SORORITY, JESSICA KLEIN, JAMIE BURKE,
CARLY M. BELLOFF, EMILY B. KUNSTLER,
JULIE KESSELHAUT, COURTNEY GIRMALDI,
EMMA PATTERSON, JENNIFER S. STEIGER
and JANE DOE 29-40,

    Defendants.

---

## PROOF OF SERVICE

      The undersigned certifies that on July 15, 2015 a copy of the Notice and
Order in Connection with Removed Proceeding was served upon the following
persons/entities through the court's CM/ECF electronic mail (email) system at the
address(es) listed below:

PAUL J. DILLON, ESQ.
DILLON & DILLON, P.L.C.
9429 S. Main Street
Plymouth, MI 48170
pjdillon@ddplc.net

THOMAS M. PETERS, ESQ.
JAMES K. THOME, ESQ.
KAITLYNN M. WILSON, ESQ.
VANDEVEER GARZIA, PC
840 West Long Lake Road, Suite 600
Troy, MI 48098-6340
TMP-Grou@vgpclaw.com

NORMAN L. LIPPITT, ESQ.
DANIEL J. MCCARTHY, ESQ.
LIPPITT O'KEEFE PLLC
370 E. Maple Road – Fl 3
Birmingham, MI 48009
nlippitt@lippittokeefe.com

And all parties who are registered ECF filers in this matter via the Court's
Electronic filing system

PLUNKETT COONEY

By:/S/David A. Lerner
David A. Lerner (P44829)
Jerome A. Galante P32406
Erin L. Stafford (P77646)
Attorneys for Defendant Chi Chapter of
Sigma Delta Tau Sorority
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
Direct Dial: (248) 594-8209
dlerner@plunkettcooney.com
jgalante@plunkettcooney.com
estafford@plunkettcooney.com

Dated: July 14, 2015
Open.00590.50947.15689554-1