UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In the matter of:

TREETOPS ACQUISITION COMPANY, L.L.C.,

       Debtor,                                    Case Number: 14-22602-dob
                                                    Chapter 11
                                                    Hon. Daniel S. Opperman

_____/

TREETOPS ACQUISITION COMPANY L.L.C.,
       Plaintiff,                                    Case Number: 15-02072-dob

vs.

SIGMA ALPHA MU FRATERNITY, INC., SIGMA IOTA
CHAPTER OF SIGMA ALPHA MU FRATERNITY,
SAM-SI CORP., ZACHARY LEVIN, JOSHUA KAPLAN,
ANDREW S. KROWITZ, CRAIG A. MARKMAN,
ERIC R. SHUGAN, BRIAN RINGEL, MATTHEW L. VLASIC,
STONE E. MITCHELL, JOHN DOE 9-20, CHI CHAPTER OF
SIGMA DELTA TAU SORORITY, JESSICA KLEIN,
JAMIE BURKE, CARLY M. BELLOFF, EMILY B. KUNSTLER,
JULIE KESSELHAUT, COURTNEY GIRMALDI,                **APPEARANCE**
EMMA PATTERSON, JENNIFER S. STEIGER
And JANE DOE 29-40,

       Defendants.
_____

| | |
|---|---|
| Paul J. Dillon (P46913) | Jerome A. Galante (P32406) |
| DILLON & DILLON PLC | PLUNKETT COONEY, PC |
| 9429 S. Main Street | 38505 Woodward Avenue, Ste 2000 |
| Plymouth, MI 48170 | Bloomfield Hills, MI 48304 |
| *Attorney for Plaintiff* | *Attorney for Sigma Delta Tau, Only* |
| | |
| Thomas M. Peters (P23217) | Philip E. Kalamaros (P64435) |
| VANDEVEER GARZIA, PC | HUNT SUEDHOFF KALAMAROS LLP |
| 840 W. Long Lake Road, Ste. 600 | 301 State Street, 2nd Floor |
| Troy, MI 48098 | St. Joseph, MI 49085 |
| *Attorney for Sigma Alpha Mu* | *Attorney for Matthew Vlasic* |
| *Fraternity, Inc. and Sam-Si Corp.* | |

NOW COMES Philip E. Kalamaros of the law firm of Hunt Suedhoff Kalamaros LLP, and hereby enters his appearance for and on behalf of Defendant Matthew Vlasic.

HUNT SUEDHOFF KALAMAROS LLP

Dated: October 22, 2015      By:    s/ Philip E. Kalamaros
    Philip E. Kalamaros (P64435)
    Attorney for Defendant Matthew Vlasic
    301 State St., 2nd Floor / P.O. Box 46
    Saint Joseph, MI 49085
    Telephone: 269/983-4405
    Facsimile: 269/983-5645
    pkalamaros@hsk-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015 I caused to be filed, electronically, the foregoing, Notice of Appearance with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to each attorney as disclosed by the Court's record. A copy of said filing may also be viewed at www.mibed.uscourts.gov.

I also hereby certify that I provided a copy of said filing via U.S. First Class Mail to the following:

| | | |
|---|---|---|
| Jennifer S. Steiger<br>66 Timberlane Road<br>Upper Saddle River, NJ 07458 | Jamie Burke<br>844 Harbour Isle Place<br>West Palm Beach FL 33410 | Emma Patterson<br>c/o Sheila McKeon<br>420 Madison Ave., Ste. 1250<br>Toledo OH 43604 |
| Jamie Burke<br>PricewaterhouseCoopers<br>300 Madison Avenue<br>New York, NY 11017 | Brian Ringel<br>1205 Oak River Rd.<br>Memphis, TN 38120 | Zachary Levin<br>2473 Ginger Wren Rd.<br>Cleveland OH 44124 |
| Jessica Klein<br>1405 Hill Street<br>Ann Arbor MI 48104 | Brian Ringel<br>Makowsky Ringel<br>Greenberg | Carly Belloff<br>12 S. Hollow Road<br>Dix Hills, NY 11746 |

2

15-02072-dob    Doc 29    Filed 10/22/15    Entered 10/22/15 15:22:58    Page 2 of 3

1010 June Road
Memphis TN 38119

| | | |
|---|---|---|
| Joshua Kaplan<br>305 N. Hibiscus Drive<br>Miami Beach FL 33139 | | Courtney Grimaldi<br>5 Hunting Hollow Ct.<br>Dix Hills NY 11746 |
| Julie Kesselhaut<br>43 Cornell Drive<br>Livingston NJ 07039 | Stoney E. Mitchell<br>1 Ross Lane<br>Woodemere NY 11598 | Emily Kunstler<br>6 Deerling Lane<br>East Rockaway NY 11518 |
| Andrew Krowitz<br>83 Canfield Drive<br>Stamford CT 06902 | Eric Shugan<br>14 Totten Drive<br>Bridgewater NJ 08807 | Craig Markman<br>722 Greythorne Road<br>Wynnewood PA 19096 |

By:   s/ Philip E. Kalamaros
      Philip E. Kalamaros (P64435)

3

15-02072-dob    Doc 29    Filed 10/22/15    Entered 10/22/15 15:22:58    Page 3 of 3