UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In re:

TREETOPS ACQUISITION COMPANY, L.L.C.,      Chapter 11
     Case No. 14-22602-DOB
Debtor,      Hon. Daniel S. Opperman

TREETOPS ACQUISITION COMPANY, L.L.C.,

     Plaintiff,

v      Adv. No. 15-2072

SIGMA ALPHA MU FRATERNITY, INC., SIGMA IOTA
CHAPTER OF SIGMA ALPHA MU FRATERNITY,
SAM-SI CORP., ZACHARY LEVIN, JOSHUA KAPLAN,
ANDREW S. KROWITZ, CRAIG A. MARKMAN,
ERIC R. SHUGAN, BRIAN RINGEL, MATTHEW L. VLASIC,
STONE E. MITCHELL, JOHN DOE 9 – 20, CHI CHAPTER OF
SIGMA DELTA TAU SORORITY, JESSICA KLEIN,
JAMIE BURKE, CARLY M. BELLOFF, EMILY B. KUNSTLER,
JULIE KESSELHAUT, COURTNEY GIRMALDI,
EMMA PATTERSON, JENNIFER S. STEIGER
and JANE DOE 29 - 40,

     Defendants.

## APPEARANCE

**NOW COMES** the law firm of LIPPITT O'KEEFE GORNBEIN, PLLC, by RYAN PLECHA, and hereby enters his appearance as counsel on behalf of Defendant Jamie Burke.

{00234423}
1

Respectfully submitted,

/s/ Ryan Plecha
Ryan Plecha (P71957)
Daniel J. McCarthy (P59457)
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
rplecha@lippittokeefe.com
dmccarthy@lippittokeefe.com

Date: November 5, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that November 5, 2015, he filed the foregoing with the United States Bankruptcy Court for Eastern District of Michigan Northern Division – Bay City using the Court's electronic filing system which will provide electronic service to all counsel of record.

/s/ Ryan Plecha
Ryan Plecha (P71957)
Daniel J. McCarthy (P59457)
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple, 3rd Floor
Birmingham, MI  48009
248-646-8292
rplecha@lippittokeefe.com
dmccarthy@lippittokeefe.com